# Please Mail Change of Address Form to:

Clerk, United States Bankruptcy Court
300 Las Vegas Blvd. South 4th Floor
Las Vegas, NV 89101

RECEIVED & FILED
'09 AUG 31 P1:54
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Name: DAVID CROSBY
Address: 711 S. 8TH ST
LAS VEGAS NV
89101
Phone#: 702-382-1007

Attorney for:            Bar Code

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE

LOIS M CLARK
& ANDREW        Debtor

BK-S 08-21586
Chapter 13
Trustee: R. Yarnall

( ) **CHANGE ON ADDRESS OF:**
(X) DEBTOR
( ) CREDITOR
( ) OTHER

I request that notice be sent to the following address: (please print)

Name: LOIS M CLARK
1125 GALANGATE AVE
HENDERSON NV 89015
89015

Telephone Number: 702 568-7343

DATED: 8-32-09    L Clark
                  SIGNATURE

**Note:** Please submit an *original* and *one copy* for the record.

8-31-09

I have left my husband Andrew Clark in May 09 as he refuses to pay my bills. I am in the process of obtaining a divorce and have moved to Henderson in Horizon Senior Apartments.

I paid June, July & August to date $113.00 mo    case 08-21586

L. Clark